UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROSEMARY N.A. | |
| Petitioner, | |
| v. | Civil No. 26-832 (JRT/JFD) |
| DAVID EASTERWOOD, *Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, | |
| KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; and | **ORDER** |
| PAMELA BONDI, *United States Attorney General*, | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus, alleging that she has been unlawfully detained by U.S. Immigration and Customs Enforcement ("ICE") officials. (Petition ¶ 1, Jan. 29, 2026, Docket No. 1.) She also moves for an order to show cause (*see* Docket No. 2) and a temporary restraining order (*see* Docket No. 3.) Petitioner is a 45-year-old citizen of Colombia who entered the United States without inspection in 2024. (Pet. ¶ 14.) She "has no criminal history and is employed as a baker at a local bakery." (*Id*.) Petitioner was arrested on January 29, 2026, while attending an ICE check-in. (*Id.* ¶ 15.)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's Motion for Order to Show Cause (Docket No. [2]) is **GRANTED**.

2. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

    a. Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

    b. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

3. Respondents are directed to file an answer to the petition for a writ of habeas corpus by **no later than 5:00 p.m. February 2, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

4. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

   d. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release. *See e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026).

5. If Petitioner intends to file a reply to Respondents' answer, he must do so by **no later than 5:00 p.m. on February 3, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

6. Petitioner's Motion for Temporary Restraining Order (Docket No. [3]) is **GRANTED IN PART**, in that Respondents are enjoined from removing Petitioner from this District, and **DENIED IN PART** to the extent that Petitioner seeks immediate release.

Dated: January 30, 2026
at Minneapolis, Minnesota.

                                      JOHN R. TUNHEIM
                                        District Judge
                                  United States District Court