# UNITED STATES DISTRICT COURT

## District of Minnesota

Rosmary Narvaez Alvarez,

Petitioner,

v.

David Easterwood, Markwayne Mullin, Todd Blanche,

Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-832 JRT/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum Opinion and Order (9) has been satisfied. This case is closed.

Date: 5/11/2026

KATE M. FOGARTY, CLERK